**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---------|-------------------|

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | **James**<br>First name<br>**David**<br>Middle name<br>**Wood**<br>Last name and Suffix (Sr., Jr., II, III) | **Chasity**<br>First name<br>**Monique**<br>Middle name<br>**Wood**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. |  |  |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1124 | xxx-xx-1316 |

Debtor 1   **James David Wood**
Debtor 2   **Chasity Monique Wood**

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br><br> Include trade names and *doing business as* names | ☐ I have not used any business name or EINs. <br><br> **FDBA  Wood Builder, Inc.** <br> **DBA  New Leaf Construction, LLC** <br> **DBA  Wood & Associates Real Estate, Inc.** <br>  ─────────────────────── <br> Business name(s) <br><br>  ─────────────────────── <br> EINs | ☐ I have not used any business name or EINs. <br><br> **FDBA  Wood Builder, Inc.** <br> **DBA  Wood & Associates Real Estate, Inc.** <br>  ─────────────────────── <br> Business name(s) <br><br>  ─────────────────────── <br> EINs |
| **5.** **Where you live** | **48 Briarwood Ct.** <br> **Greencastle, IN 46135** <br>  ─────────────────────── <br> Number, Street, City, State & ZIP Code <br><br> **Putnam** <br>  ─────────────────────── <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br>  ─────────────────────── <br> Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address: <br><br>  ─────────────────────── <br> Number, Street, City, State & ZIP Code <br><br>  ─────────────────────── <br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.**  Note that the court will send any notices to this mailing address. <br><br>  ─────────────────────── <br> Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** **Why you are choosing** *this district* **to file for bankruptcy** | *Check one:* <br><br> ■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐  I have another reason. Explain. (See 28 U.S.C. § 1408.) <br>  ─────────────────────── | *Check one:* <br><br> ■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐  I have another reason. Explain. (See 28 U.S.C. § 1408.) <br>  ─────────────────────── |

Debtor 1   **James David Wood**
Debtor 2   **Chasity Monique Wood**

Case number *(if known)* _____

---

**Part 2:   Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments.) If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| | | |
| | | |
| | | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

| Debtor | | Relationship to you | |
| District | When | Case number, if known | |
| Debtor | | Relationship to you | |
| District | When | Case number, if known | |

**11. Do you rent your residence?**

- ☑ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1  **James David Wood**
Debtor 2  **Chasity Monique Wood**

Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.   Go to Part 4.

■ Yes.   Name and location of business

**New Leaf Construction, LLC**
Name of business, if any

**P O Box 625**
**Greencastle, IN 46135**
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

■   None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____
Number, Street, City, State & Zip Code

---

Debtor 1 **James David Wood**
Debtor 2 **Chasity Monique Wood**

Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

### About Debtor 1:

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

### About Debtor 2 (Spouse Only in a Joint Case):

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **James David Wood**
Debtor 2    **Chasity Monique Wood**                                    Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**    I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ James David Wood | /s/ Chasity Monique Wood |
|---|---|
| **James David Wood** | **Chasity Monique Wood** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on    **February 9, 2017** | Executed on    **February 9, 2017** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1  **James David Wood**

Debtor 2  **Chasity Monique Wood**

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Robert C. Perry** _____    Date    **February 9, 2017**
Signature of Attorney for Debtor                                            MM / DD / YYYY

**Robert C. Perry**
Printed name

**Law Office of Robert Perry LLC**
Firm name

**25 W. Franklin St.**
**P. O.  Box 151**
**Greencastle, IN 46135**
Number, Street, City, State & ZIP Code

Contact phone  **(765) 653-8833**          Email address    **rcperry@tds.net**

**6556-49**
Bar number & State

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Indiana

In re    **James David Wood**
         **Chasity Monique Wood**       Case No. _____

                            Debtor(s)       Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **1,585.00** |
    | Prior to the filing of this statement I have received | $ | **1,585.00** |
    | Balance Due | $ | **0.00** |

2.  $ __**335.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **THE FOLLOWING PROVISION APPLIES ONLY TO CHAPTER 13 DEBTORS:**
        **All duties set forth in the Rights & Responsibilities of Chapter 13 Debtors and their Attorneys.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 9, 2017**             */s/ Robert C. Perry*
_Date_                               **Robert C. Perry 6556-49**
                                  _Signature of Attorney_
                                  **Law Office of Robert Perry LLC**
                                  **25 W. Franklin St.**
                                  **P. O. Box 151**
                                  **Greencastle, IN 46135**
                                  **(765) 653-8833   Fax: (765) 653-8725**
                                  **rcperry@tds.net**
                                  _Name of law firm_

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.**
*Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   |        |                    |
|---|--------|--------------------|
|   | $200   | filing fee         |
| + | $75    | administrative fee |
|   | $275   | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   |        |                    |
|---|--------|--------------------|
|   | $235   | filing fee         |
| + | $75    | administrative fee |
|   | $310   | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

   domestic support obligations,

   most student loans,

   certain taxes,

   debts for fraud or theft,

   debts for fraud or defalcation while acting in a fiduciary capacity,

   most criminal fines and restitution obligations,

   certain debts that are not listed in your bankruptcy papers,

   certain debts for acts that caused death or personal injury, and

   certain long-term secured debts.

<div style="border:1px solid;padding:10px;">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

</div>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James David Wood** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | **Chasity Monique Wood** |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................... | $ **154,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B..................................................... | $ **77,696.40** |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................................... | $ **231,696.40** |

**Part 2:    Summarize Your Liabilities**

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ **201,545.00** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ **3,086.00** |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ **605,728.00** |
| | **Your total liabilities** | $ **810,359.00** |

**Part 3:    Summarize Your Income and Expenses**

|  |  | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of *Schedule I*.................................................. | $ **2,941.22** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*............................................................. | $ **3,798.00** |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **James David Wood**
Debtor 2    **Chasity Monique Wood**

Case number *(if known)*

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $            0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $            3,086.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $            0.00 |
| 9d. Student loans. (Copy line 6f.) | $            0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $            0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$            0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $            3,086.00 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **James David Wood** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Chasity Monique Wood** |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number | |

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

**1.1**

**48 Briarwood Ct.**
Street address, if available, or other description

**Greencastle       IN     46135-0000**
City                    State    ZIP Code

**Putnam**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**3 bedroom, 2 bath, 1,650 sq. ft. ranch with garage on .20 acre lot**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$150,000.00** | **$150,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenants by the Entirities**

☐ **Check if this is community property** (see instructions)

Debtor 1    **James David Wood**
Debtor 2    **Chasity Monique Wood**                                                   Case number *(if known)*

**If you own or have more than one, list here:**

1.2

**308 Collier Dr.**
_____
Street address, if available, or other description

**Sevierville**        **TN**    **37862-0000**
_____
City            State    ZIP Code

**Sevier**
_____
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

■ Timeshare

■ Other    **Tnime Share**

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Debtors trade in 'so many points" to use the time share in the Smokey Mountain resorts.  Every two years.  Points can be used for any time share in the world.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$4,000.00** | **$4,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenant-in-Common**

☐ **Check if this is community property**
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...................................................................=>**    **$154,000.00**

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1    Make:    **Dodge**

Model:    **Ram 2500  Crew Cab Truck**

Year:    **2014**

Approximate mileage:    **40,000**

Other information:

**V*, automatic transmission, vehicle in excellent condition
VIN:
Location: 48 Briarwood Ct., Greencastle IN 46135**

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$28,724.00** | **$28,724.00** |

3.2    Make:    **Chrysler**

Model:    **Town & Country Min-Van**

Year:    **2014**

Approximate mileage:

Other information:

**Mini Van in excellent condition
VIN:
Location: 48 Briarwood Ct., Greencastle IN 46135**

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$16,666.00** | **$16,666.00** |

Debtor 1 **James David Wood**
Debtor 2 **Chasity Monique Wood**

Case number *(if known)* _____

---

3.3 Make: **Chevy**

Model: **Camaro**

Year: **1994**

Approximate mileage: **120,000**

Other information:

| Vehicle in good condition |
|---|
| Location: 48 Briarwood Ct., |
| Greencastle IN 46135 |

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,532.00 | $1,532.00 |

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

4.1 Make: **Monterey**

Model: **234FS**

Year: **2010**

Other information:

| 24' runabout boat |
|---|
| Location:  Paktoka Lake, |
| French Lick, IN |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $20,000.00 | $20,000.00 |

---

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>

| $66,922.00 |
|---|

---

**Part 3:** Describe Your Personal and  Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes.  Describe.....

| Couch, chairs, coffee & end tables, beds, dressers,dining table & chairs,  stove, fridge, washer, dryer, misc. household goods |
|---|
| Location: 48 Briarwood Ct., Greencastle IN 46135 |

$3,000.00

| Leased Cannon copier/scanner/printer |
|---|

$1,422.00

---

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games
☑ No
☐ Yes.  Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles
☑ No
☐ Yes.  Describe.....

---

| Debtor 1 | **James David Wood** | | |
|---|---|---|---|
| Debtor 2 | **Chasity Monique Wood** | | Case number *(if known)* |

**9.  Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ■ No
   ☐ Yes.  Describe.....

**10.  Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

   ■ No
   ☐ Yes.  Describe.....

**11.  Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No
   ■ Yes.  Describe.....

| Clothing<br>Location: 48 Briarwood Ct., Greencastle IN 46135 | $500.00 |
|---|---|

**12.  Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

   ☐ No
   ■ Yes.  Describe.....

| Misc. rings, earrings, necklaces, wedding rings<br>Location: 48 Briarwood Ct., Greencastle IN 46135 | $1,500.00 |
|---|---|

**13.  Non-farm animals**
   *Examples:* Dogs, cats, birds, horses

   ■ No
   ☐ Yes.  Describe.....

**14.  Any other personal and household items you did not already list, including any health aids you did not list**

   ■ No
   ☐ Yes.  Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

| $6,422.00 |
|---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

**16.  Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ■ Yes.................................................................................................................

| Cash on hand<br>Location: 48 Briarwood Ct., Greencastle IN 46135 | $100.00 |
|---|---|

| Debtor 1 | **James David Wood** | | |
|---|---|---|---|
| Debtor 2 | **Chasity Monique Wood** | Case number *(if known)* | |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes.....................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking Account # 708-8** | **Teachers Credit Union, Greencastle, IN** | $17.09 |
| 17.2. | **Savings Account # 4708** | **Teachers Credit Union, Greencastle, IN** | $0.00 |
| 17.3. | **Business Checking Account # x185** | **Business checking accont (New Leaf Constuction, LLC)** | $226.44 |
| 17.4. | **Checking Account # 708-7** | **Teachers Credit Union (Real Estate Account)** | $40.71 |
| 17.5. | **Checking account # 708-6** | **Teachers Credit Union (Snow Removal Account)** | $8.98 |
| 17.6. | **Saving Accounts # 708-4 & 708-5** | **Teachers Credit Union** | $0.06 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
■ Yes..................

Institution or issuer name:

| | | |
|---|---|---|
| **45 Shares in Walt Disney (Stock value 2/8/17 $109.79** | | $3,843.00 |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
■ Yes.  Give specific information about them..................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **New Leaf Construction, LLC P O Box 65, Greencastle, In 46135** | **100%** | % | $0.00 |
| **Wood Builder Inc. 1001 S. Bloomington St. Suite 201, Greencatle, IN 46135 Business no longer operating, he intends to file reqired forms with the Sec. of State's offcie to dissolve the corporation** | **49% to James David Wood; 51% to Chasity Wood** | % | $0.00 |
| **Wood & Associates Real Estate Inc. 48 Briarwood Ct., Greencastle, IN 46135 Debtors intend to dissolve this business, but have not done so.** | **50%** | % | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

| Debtor 1 | **James David Wood** | | |
|---|---|---|---|
| Debtor 2 | **Chasity Monique Wood** | Case number *(if known)* | |

■ No

☐ Yes. Give specific information about them.

                          Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No

☐ Yes. List each account separately.

                    Type of account:         Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No

☐ Yes. .....................         Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No

☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No

☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No

☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No

☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No

☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☐ No

■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| **2016 tax return not completed yet, refund amount if any is unknown at this time.** | **Federal & State** | **$116.12** |
|---|---|---|

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else

■ No

| Debtor 1 | **James David Wood** | | |
|---|---|---|---|
| Debtor 2 | **Chasity Monique Wood** | | Case number *(if known)* |

☐ Yes. Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
   **for Part 4. Write that number here**..............................................................................................................

| **$4,352.40** |
|---|

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53. Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ...................................

| **$0.00** |
|---|

Debtor 1    **James David Wood**

Debtor 2    **Chasity Monique Wood**                                    Case number *(if known)*

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ............................................................................................ | | $154,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $66,922.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $6,422.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $4,352.40 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... $77,696.40  Copy personal property total | | $77,696.40 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $231,696.40 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James David Wood** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Chasity Monique Wood** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt
**4/16**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**   **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **48 Briarwood Ct. Greencastle, IN 46135  Putnam County**<br>**3 bedroom, 2 bath, 1,650 sq. ft. ranch with garage on .20 acre lot**<br>Line from *Schedule A/B*: **1.1** | **$150,000.00** | ☑ **$38,600.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ind. Code § 34-55-10-2(c)(1)** |
| **2014 Dodge Ram 2500  Crew Cab Truck 40,000 miles**<br>**V*, automatic transmission, vehicle in excellent condition**<br>**VIN:**<br>**Location: 48 Briarwood Ct., Greencastle IN 46135**<br>Line from *Schedule A/B*: **3.1** | **$28,724.00** | ☑ **$15,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ind. Code § 34-55-10-2(c)(2)** |
| **1994 Chevy Camaro 120,000 miles**<br>**Vehicle in good condition**<br>**Location: 48 Briarwood Ct., Greencastle IN 46135**<br>Line from *Schedule A/B*: **3.3** | **$1,532.00** | ☑ **$945.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ind. Code § 34-55-10-2(c)(2)** |

**Schedule C: The Property You Claim as Exempt**

Debtor 1 **James David Wood**
Debtor 2 **Chasity Monique Wood**

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Couch, chairs, coffee & end tables, beds, dressers,dining table & chairs, stove, fridge, washer, dryer, misc. household goods**<br>**Location: 48 Briarwood Ct., Greencastle IN 46135**<br>Line from *Schedule A/B*: **6.1** | $3,000.00 | ■ $2,055.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| **Clothing**<br>**Location: 48 Briarwood Ct., Greencastle IN 46135**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| **Misc. rings, earrings, necklaces, wedding rings**<br>**Location: 48 Briarwood Ct., Greencastle IN 46135**<br>Line from *Schedule A/B*: **12.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| **Cash on hand**<br>**Location: 48 Briarwood Ct., Greencastle IN 46135**<br>Line from *Schedule A/B*: **16.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Checking Account # 708-8: Teachers Credit Union, Greencastle, IN**<br>Line from *Schedule A/B*: **17.1** | $17.09 | ■ $307.69<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Business Checking Account # x185: Business checking accont (New Leaf Constuction, LLC)**<br>Line from *Schedule A/B*: **17.3** | $226.44 | ■ $226.44<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Checking Account # 708-7: Teachers Credit Union**<br>**(Real Estate Account)**<br>Line from *Schedule A/B*: **17.4** | $40.71 | ■ $40.71<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Checking account # 708-6: Teachers Credit Union**<br>**(Snow Removal Account)**<br>Line from *Schedule A/B*: **17.5** | $8.98 | ■ $8.98<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Saving Accounts # 708-4 & 708-5: Teachers Credit Union**<br>Line from *Schedule A/B*: **17.6** | $0.06 | ■ $0.06<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |
| **Federal & State: 2016 tax return not completed yet, refund amount if any is unknown at this time.**<br>Line from *Schedule A/B*: **28.1** | $116.12 | ■ $116.12<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **James David Wood** | | |
|---|---|---|---|
| Debtor 2 | **Chasity Monique Wood** | | Case number (if known) |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James David Wood** |
| | First Name　　Middle Name　　Last Name |
| Debtor 2 | **Chasity Monique Wood** |
| (Spouse if, filing) | First Name　　Middle Name　　Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:　List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|
| **2.1** **Chase Mortgage** Creditor's Name | $86,766.00 | $150,000.00 | $0.00 |

Describe the property that secures the claim:

**48 Briarwood Ct. Greencastle, IN 46135  Putnam County**
**3 bedroom, 2 bath, 1,650 sq. ft. ranch with garage on .20 acre lot**

P O Box 24696
Columbus, OH 43224
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)　**Mortgage**

Date debt was incurred  **12/02**　　Last 4 digits of account number  **6700**

| | | | |
|---|---|---|---|
| **2.2** **Chrysler Capitol** Creditor's Name | $25,175.00 | $16,666.00 | $8,509.00 |

Describe the property that secures the claim:

**2014 Chrysler Town & Country**
**Min-Van**
**Mini Van in excellent condition**
**VIN:**
**Location: 48 Briarwood Ct., Greencastle IN 46135**

P O Box 961275
Fort Worth, TX 76161
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　Best Case Bankruptcy

Debtor 1  **James David Wood**
      First Name        Middle Name        Last Name

Debtor 2  **Chasity Monique Wood**
      First Name        Middle Name        Last Name

Case number *(if know)* _____

☐ Check if this claim relates to a community debt    ■ Other (including a right to offset)  **Car Loan**

Date debt was incurred  **6/14**    Last 4 digits of account number  **1000**

---

| 2.3 | **First Financial Bank** | Describe the property that secures the claim: | $19,779.00 | $20,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:
**2010 Monterey 234FS
24' runabout boat
Location:  Paktoka Lake, French Lick, IN**

**1401 S 3rd St
Terre Haute, IN 47802**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Boat Loan**

Date debt was incurred  _____    Last 4 digits of account number  **8179**

---

| 2.4 | **Great American Finance Services** | Describe the property that secures the claim: | $1,422.00 | $1,422.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:
**Leased Cannon copier/scanner/printer**

**P O Box 660831
Dallas, TX 75266**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Lease agreement**

Date debt was incurred  **2015**    Last 4 digits of account number  **1316**

---

| 2.5 | **Members Heritage Fcu** | Describe the property that secures the claim: | $26,551.00 | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:
**Home Equity Line Of Credit on mother in laws residence.  Debtors are co-signers on this loan**

**440 Park Pl
Lexington, KY 40511**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **James David Wood**
       First Name           Middle Name         Last Name

Debtor 2  **Chasity Monique Wood**
       First Name            Middle Name         Last Name

Case number (if know) _____

☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Debtors are co-signers on loan for mother in law**

| | |
|---|---|
| Date debt was incurred | **Opened 6/15/12 Last Active 12/07/15** |
| Last 4 digits of account number | **5000** |

---

| 2.6 | **North Salem State Bank** | | $24,461.00 | $150,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> **48 Briarwood Ct. Greencastle, IN 46135  Putnam County**
> **3 bedroom, 2 bath, 1,650 sq. ft. ranch with garage on .20 acre lot**

**P O Box 97**
**North Salem, IN 46165**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **2nd Mortgage**

Date debt was incurred  **2/08**        Last 4 digits of account number  **7605**

---

| 2.7 | **Syncb/Value City Furniture** | | $945.00 | $3,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> **Couch, chairs, coffee & end tables, beds, dressers,dining table & chairs,  stove, fridge, washer, dryer, misc. household goods**
> **Location: 48 Briarwood Ct., Greencastle IN 46135**

**950 Forrer Blvd**
**Kettering, OH 45420**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Furniture purchase**

| | |
|---|---|
| Date debt was incurred | **Opened 11/14/13 Last Active 11/01/15** |
| Last 4 digits of account number | **1455** |

---

| 2.8 | **TCU - Teachers Credit Union** | | $10,544.00 | $28,724.00 | $0.00 |
|---|---|---|---|---|---|

Describe the property that secures the claim:

Debtor 1  **James David Wood**
    First Name             Middle Name            Last Name

Debtor 2  **Chasity Monique Wood**
    First Name             Middle Name            Last Name

Case number (if know) _____

---

Creditor's Name

**P O Box 1395**
**110 S. Main St.**
**South Bend, IN**
**46624-1395**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred  **10/14**

**2014 Dodge Ram 2500  Crew Cab**
**Truck 40,000 miles**
**V*, automatic transmission, vehicle**
**in excellent condition**
**VIN:**
**Location: 48 Briarwood Ct.,**
**Greencastle IN 46135**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **Car Loan**

Last 4 digits of account number  **4170**

---

| 2.9 | **Wyndham Vacation** | Describe the property that secures the claim: | $5,902.00 | $4,000.00 | $1,902.00 |
|---|---|---|---|---|---|

Creditor's Name

**10750 W Charleston**
**Suite 130**
**Las Vegas, NV 89135**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**308 Collier Dr. Sevierville, TN 37862**
**Sevier County**
**Debtors trade in 'so many points" to**
**use the time share in the Smokey**
**Mountain resorts.  Every two years.**
**Points can be used for any time**
**share in the world.**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **Time Share Loan**

Date debt was incurred  **Opened 3/25/09 Last Active 12/09/15**

Last 4 digits of account number  **7095**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $201,545.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $201,545.00 |

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 4

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James David Wood** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Chasity Monique Wood** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Indiana Department of Revenue** | Last 4 digits of account number ___ | $1,222.00 | $1,222.00 | $0.00 |

Priority Creditor's Name
**100 North Senate Avenue
Rm. N240 - Bankruptcy
Indianapolis, IN 46204**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____ **Taxes**

Debtor 1   **James David Wood**
Debtor 2   **Chasity Monique Wood**

Case number (if know) _____

| 2.2 | **Indiana Dept of Workforce Development** | Last 4 digits of account number **1124** | **Unknown** | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

Priority Creditor's Name
**10 North Senate Avenue**
**Room SE 003**
**Indianapolis, IN 46204-2277**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Unemployment tax**

| 2.3 | **Internal Revenue Service** | Last 4 digits of account number | **$1,055.00** | **$1,055.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**P O Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Taxes**

| 2.4 | **Putnam County Treasurer's Office** | Last 4 digits of account number | **$809.00** | **$809.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**1 West Washington St**
**Room 22**
**Greencastle, IN 46135**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Tax**

**Part 2:   List All of Your NONPRIORITY Unsecured Claims**

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority

Debtor 1  **James David Wood**

Debtor 2  **Chasity Monique Wood**

Case number (if know) _____

unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

| 4.1 | **3 Kings** | Last 4 digits of account number | **Wood** | | | | **$9,488.00** |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**800 S. Jackson St.**

**Greencastle, IN 46135**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?  **2015**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Subcontractor**

---

| 4.2 | **Aaron Littrell** | Last 4 digits of account number | **Wood** | | | | **$585.00** |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**3939 N. CR 625 West**

**Greencastle, IN 46135**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?  **2015**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Contractor**

---

| 4.3 | **Allen Clay Tile** | Last 4 digits of account number | **Wood** | | | | **$518.00** |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**7301 Georgetown Rd.**

**Indianapolis, IN 46268**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?  **2015**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Subcontractor**

---

Debtor 1  **James David Wood**
Debtor 2  **Chasity Monique Wood**

Case number (*if know*) _____

---

| 4.4 | **Amazon Store Card** | Last 4 digits of account number _____ | $1,020.00 |

Nonpriority Creditor's Name
**GE Capital Retail Bank**
**P O Box 960013**
**Orlando, FL 32896-0013**
Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card debt**

---

| 4.5 | **American Express** | Last 4 digits of account number  **Wood** | $4,078.00 |

Nonpriority Creditor's Name
**P O Box 650448**
**Dallas, TX 75265**
Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **2015**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card purchases**

---

| 4.6 | **American Marketing & Publishing** | Last 4 digits of account number  **Wood** | $503.00 |

Nonpriority Creditor's Name
**P O Box 982**
**DeKalb, IL 60115**
Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **2015**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Marketing Vendor**

---

Debtor 1  **James David Wood**
Debtor 2  **Chasity Monique Wood**

Case number *(if know)* _____

---

| 4.7 | **Amex** | Last 4 digits of account number | **1633** | $4,039.00 |

Nonpriority Creditor's Name

**Po Box 297871**
**Fort Lauderdale, FL 33329**

When was the debt incurred?    **Opened  4/11/11  Last Active 7/01/15**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

☒ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **Credit Card**

---

| 4.8 | **AT&T Mobility** | Last 4 digits of account number | **8211** | $3,413.00 |

Nonpriority Creditor's Name

**P.O. Box 6463**
**Carol Stream, IL 60197-6463**

When was the debt incurred?    **11/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

☒ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **Phone service**

---

| 4.9 | **B & B Drywall** | Last 4 digits of account number | **Wood** | $10,300.00 |

Nonpriority Creditor's Name

**1050 Avenue C**
**Greencastle, IN 46135**

When was the debt incurred?    **2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

☒ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **Subcontractor**

---

Debtor 1  **James David Wood**
Debtor 2  **Chasity Monique Wood**

Case number (if know) _____

| 4.1 0 | **Bakers Septic** | Last 4 digits of account number | **Wood** | $533.00 |

Nonpriority Creditor's Name
**600 N. Indiana St.**
**Greencastle, IN 46135**
Number Street City State Zip Code

**When was the debt incurred?**  **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Subcontractor**

| 4.1 1 | **Banner Graphic** | Last 4 digits of account number | **Wood** | $516.00 |

Nonpriority Creditor's Name
**100 N. Jackson**
**Greencastle, IN 46135**
Number Street City State Zip Code

**When was the debt incurred?**  **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Newpaper expense**

| 4.1 2 | **Beasley Guttering** | Last 4 digits of account number | **Wood** | $560.00 |

Nonpriority Creditor's Name
**P O Box 304**
**Brazil, IN 47834**
Number Street City State Zip Code

**When was the debt incurred?**  **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Subcontractor**

Debtor 1 **James David Wood**

Debtor 2 **Chasity Monique Wood**

Case number (if know) _____

---

**4.13**

**Black's Lumber**

Nonpriority Creditor's Name

**501 N. Indiana St.**
**P O Box 252**
**Greencastle, IN 46135**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number **6779**                    $1,459.00

When was the debt incurred? **9/15**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Construction materials**

---

**4.14**

**Breg, Inc.**

Nonpriority Creditor's Name

**P O Box 844628**
**Dallas, TX 75284**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____                    $39.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**4.15**

**Butlers LP & Fertilizer**

Nonpriority Creditor's Name

**1312 Bloomington St.**
**Greencastle, IN 46135**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number **Wood**                    $568.00

When was the debt incurred? **2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Vendor**

---

Debtor 1  **James David Wood**

Debtor 2  **Chasity Monique Wood**

Case number (if know) _____

---

| 4.1 6 | **Capital Accounts** | Last 4 digits of account number | **1223** | **$316.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Po Box 140065**
**Nashville, TN 37214**

When was the debt incurred?  **Opened 10/29/15  Last Active 4/01/15**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Collection Attorney Watt Family Medical**

- ■ No
- ☐ Yes

---

| 4.1 7 | **Capital One** | Last 4 digits of account number | **0518,9866** | **$2,149.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Bankruptcy Correspondence**
**P O Box 85167**
**Richmond, VA 23285-5167**

When was the debt incurred? _____

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit card expense 67C01-1606-CC-155**

- ■ No
- ☐ Yes

---

| 4.1 8 | **Capital One Bank Usa** | Last 4 digits of account number | **1755** | **$1,146.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**15000 Capital One Dr**
**Richmond, VA 23238**

When was the debt incurred?  **Opened 6/14/11  Last Active 3/01/15**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business Credit Card**

- ■ No
- ☐ Yes

---

Debtor 1    **James David Wood**

Debtor 2    **Chasity Monique Wood**

Case number (if know) _____

---

| 4.1 9 | | | |
|---|---|---|---|
| **Capital One Bank Usa N** | Last 4 digits of account number | **4882** | **$1,476.00** |

Nonpriority Creditor's Name

**15000 Capital One Dr**
**Richmond, VA 23238**

When was the debt incurred?    **Opened 10/30/09  Last Active 10/01/15**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

| 4.2 0 | | | |
|---|---|---|---|
| **Capital One Bank Usa N** | Last 4 digits of account number | **6715** | **$822.00** |

Nonpriority Creditor's Name

**15000 Capital One Dr**
**Richmond, VA 23238**

When was the debt incurred?    **Opened  2/03/10  Last Active 10/01/15**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

| 4.2 1 | | | |
|---|---|---|---|
| **Capital One Bank Usa N** | Last 4 digits of account number | **5774** | **$599.00** |

Nonpriority Creditor's Name

**15000 Capital One Dr**
**Richmond, VA 23238**

When was the debt incurred?    **Opened 11/11/09  Last Active 3/01/15**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

Debtor 1 **James David Wood**

Debtor 2 **Chasity Monique Wood**

Case number (if know) _____

| **4.2 2** | **Capital One Commercial -Menards** | Last 4 digits of account number | **Wood** | **$6,360.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P O Box 5219**

**Carol Stream, IL 60197-5219**

When was the debt incurred? **2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business credit card**

---

| **4.2 3** | **Capital One Commerical/Menards** | Last 4 digits of account number | **7405** | **$4,360.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P O Box 5219**

**Carol Stream, IL 60197-5219**

When was the debt incurred? **8/15**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Supplies Credit Card**

---

| **4.2 4** | **Casey's General Store, Inc.** | Last 4 digits of account number | **Wood** | **$3,611.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO O Box 3001**

**One Convenience Blvd.**

**Ankeny, IA 50021-8046**

When was the debt incurred? **2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Vendor**

**67D01-1509-SC-670**

---

Debtor 1 **James David Wood**
Debtor 2 **Chasity Monique Wood**

Case number *(if know)* _____

---

| 4.2 5 | **Cash Concrete Products** | Last 4 digits of account number | **Wood** | **$21,011.00** |

Nonpriority Creditor's Name
**1541 S. CR 450 East**
**Greencastle, IN 46135**

When was the debt incurred? **2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Concrete products**

---

| 4.2 6 | **Central Supply West Indy** | Last 4 digits of account number | **Wood** | **$3,497.00** |

Nonpriority Creditor's Name
**P O Box 1982**
**Indianapolis, IN 46206**

When was the debt incurred? **2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Vendor**
**67C01-1511-CC-335**

---

| 4.2 7 | **Chase** | Last 4 digits of account number | **Wood** | **$2,188.00** |

Nonpriority Creditor's Name
**Correspondence Dept**
**P O Box 15298**
**Wilmington, DE 19850-5298**

When was the debt incurred? **2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card purchases**

---

Debtor 1   **James David Wood**
Debtor 2   **Chasity Monique Wood**

Case number (if know) _____

---

**4.2 8**

**Chase Card**
Nonpriority Creditor's Name

**Po Box 15298**
**Wilmington, DE 19850**
Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **9110**                           **$5,503.00**

When was the debt incurred?      **Opened 10/27/14  Last Active 8/01/15**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card debt**

---

**4.2 9**

**Chase Card**
Nonpriority Creditor's Name

**Po Box 15298**
**Wilmington, DE 19850**
Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **6367**                           **$2,362.00**

When was the debt incurred?      **Opened 12/23/11  Last Active 5/01/15**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

**4.3 0**

**Civil Engineering**
Nonpriority Creditor's Name

**1285 S. Bloonington St.**
**Suite B**
**Greencastle, IN 46135**
Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **Wood**                           **$1,530.00**

When was the debt incurred?      **2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Subcontractor**

---

Debtor 1   **James David Wood**
Debtor 2   **Chasity Monique Wood**

Case number (if know) _____

---

**4.3**
**1**

**Cloverdale Building Supplies**
Nonpriority Creditor's Name
**P O Box 511**
**Cloverdale, IN 46120**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **Wood**                          $927.00

**When was the debt incurred?**   **2015**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Vendor**

---

**4.3**
**2**

**Comcast Cable**
Nonpriority Creditor's Name
**P O Box 3006**
**Southeastern, PA 19398-3006**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **Wood**                          $268.00

**When was the debt incurred?**   **2015**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utility**

---

**4.3**
**3**

**Comcast Cable**
Nonpriority Creditor's Name
**P O Box 3006**
**Southeastern, PA 19398-3006**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **Wood & Associates real estate**                          $2,300.00

**When was the debt incurred?**   **5/16**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Cable lease default**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **James David Wood**
Debtor 2  **Chasity Monique Wood**

Case number (if know) _____

| | | |
|---|---|---|
| 4.3 4 | **Concepts** | |

Last 4 digits of account number **Wood**                           $2,153.00

Nonpriority Creditor's Name
**7599 E. US Hwy. 36**
**Suite A**
**Avon, IN 46123**

When was the debt incurred?   **2017**

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Subcontractor**

---

| | | |
|---|---|---|
| 4.3 5 | **Cooper's Counter & Tub** | |

Last 4 digits of account number **Wood**                           $85.00

Nonpriority Creditor's Name
**7193 E. US Hwy 36**
**Bainbridge, IN 46105**

When was the debt incurred?   **2015**

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Subcontractor**

---

| | | |
|---|---|---|
| 4.3 6 | **Credit One Bank NA** | |

Last 4 digits of account number **8165**                           $2,011.00

Nonpriority Creditor's Name

**Po Box 98875**
**Las Vegas, NV 89193**

When was the debt incurred?   **Opened 11/29/10  Last Active 5/01/15**

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card 67C01-1608-CC-212**

---

Debtor 1    **James David Wood**
Debtor 2    **Chasity Monique Wood**

Case number *(if know)* _____

---

| 4.3 7 | **Custom Installations** | Last 4 digits of account number | **Wood** | $3,700.00 |

Nonpriority Creditor's Name
**10154 S. CR 10 East**
**Cloverdale, IN 46120**

When was the debt incurred?    **2015**

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
☐ Yes

■ Other. Specify    **Subcontractor**

---

| 4.3 8 | **Daviess Co. Metal** | Last 4 digits of account number | **wood bulder** | $16,675.00 |

Nonpriority Creditor's Name
**Route No. 1**
**Box 13 A**
**Cannelburg, IN 47519**

When was the debt incurred?    **2015**

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
☐ Yes

■ Other. Specify    **Subcontractor**

---

| 4.3 9 | **Dealer's Wholesale** | Last 4 digits of account number | **Wood** | $6,360.00 |

Nonpriority Creditor's Name
**7845 E. 89th St**
**Indianapolis, IN 46256**

When was the debt incurred?    **201**

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
☐ Yes

■ Other. Specify    **Vendor**

---

Debtor 1  **James David Wood**

Debtor 2  **Chasity Monique Wood**

Case number (if know) _____

---

| 4.40 | **Dex Media** | Last 4 digits of account number | **V** | $720.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P O Box 619810**
**DFW Airport**
**Dallas, TX 75261-9810**

Number Street City State Zip Code

When was the debt incurred?  **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Vendor**

---

| 4.41 | **Frank Polley Heating & Air Conditionig** | Last 4 digits of account number | **Wood Builder** | $4,581.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**332 Glenbrook Lane**
**Avon, IN 46123**

Number Street City State Zip Code

When was the debt incurred?  **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Contractor**
**Judgment 32D04-1509-SC-2151**

---

| 4.42 | **GE Capital** | Last 4 digits of account number | **Wood** | $387.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P O Box 642111**
**Pittsburgh, PA 15264-2111**

Number Street City State Zip Code

When was the debt incurred?  **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **CreditCard debt**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1  **James David Wood**
Debtor 2  **Chasity Monique Wood**                                    Case number (if know) _____

| 4.4 3 | **HBG Insurance Bonds** | Last 4 digits of account number | **Wood** | $13,939.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P O Box 156**
**Greencastle, IN 46135**
Number Street City State Zip Code

**When was the debt incurred?**  **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Insurance**

---

| 4.4 4 | **Headley Hardware, Inc.** | Last 4 digits of account number | **Wood** | $50,194.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**841 Indianapolis Road**
**Greencastle, IN 46135**
Number Street City State Zip Code

**When was the debt incurred?**  **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Construction Materials**

---

| 4.4 5 | **Heaton Sports Calendars, Net** | Last 4 digits of account number | **Wood** | $235.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P O Box 675**
**Newburgh, IN 47629**
Number Street City State Zip Code

**When was the debt incurred?**  **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Advertising**

---

| Debtor 1 | **James David Wood** |
|---|---|
| Debtor 2 | **Chasity Monique Wood** |

Case number *(if know)* _____

---

| 4.4 6 | **HH Gregg/GE Capital Retail Bank** | Last 4 digits of account number | **Wood** | **$5,322.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 960061**
**Orlando, FL 32896**

When was the debt incurred?   **2015**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Credit card debt**

---

| 4.4 7 | **HIBU** | Last 4 digits of account number | **W5pb** | **$1,280.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P O Box 3162**
**Cedar Rapids, IA 52406**

When was the debt incurred?   **2015**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Vendor**

---

| 4.4 8 | **HMW** | Last 4 digits of account number | **Wood** | **$96.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P O Box 2119**
**Elizabethtown, KY 42702-2119**

When was the debt incurred?   **2015**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Medical debt**

---

Debtor 1  **James David Wood**
Debtor 2  **Chasity Monique Wood**

Case number (if know) _____

---

| 4.4 9 | **Home Depot** | Last 4 digits of account number | **Wood** | $1,642.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Dept. 32-2134508526**
**P O Box 183175**
**Columbus, OH 43218-3175**
Number Street City State Zip Code

When was the debt incurred? **2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Vendor**

---

| 4.5 0 | **Humphrey's Outdoor Power** | Last 4 digits of account number | **Wood** | $175.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**950 N. Jackson St.**
**Greencastle, IN 46135**
Number Street City State Zip Code

When was the debt incurred? **2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Vendor**

---

| 4.5 1 | **IBC** | Last 4 digits of account number | **Wood** | $208.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1301 Ohio St.**
**Terre Haute, IN 47807**
Number Street City State Zip Code

When was the debt incurred? **2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Vendor**

---

Debtor 1 **James David Wood**

Debtor 2 **Chasity Monique Wood**

Case number (if know) _____

| 4.5 2 | **Indiana Farmers Mutual Insurance** | Last 4 digits of account number | **0806** | **$5,838.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P O Box 59838**

**Schaumburg, IL 60159-0838**

Number Street City State Zip Code

When was the debt incurred? **2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Insurance premium**

| 4.5 3 | **Insulation & Supply Company** | Last 4 digits of account number | **Wood** | **$4,044.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P O Box 725**

**Brazil, IN 47834**

Number Street City State Zip Code

When was the debt incurred? **2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Vendor**

| 4.5 4 | **IOH Patient Accounts** | Last 4 digits of account number | | **$1,124.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P O Box 6018**

**Indianapolis, IN 46206**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical debt**

Debtor 1  **James David Wood**
Debtor 2  **Chasity Monique Wood**

Case number *(if know)* _____

---

| 4.5 5 | **Joe Eggers Masonry** | Last 4 digits of account number | **Wood** | **$725.00** |

Nonpriority Creditor's Name
**10947 Becklet**
**Quincy, IN 47456**
Number Street City State Zip Code

**When was the debt incurred?**  **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Subcontractor**

---

| 4.5 6 | **JR Bowling, LLC** | Last 4 digits of account number | **Wood** | **$1,815.00** |

Nonpriority Creditor's Name
**1516 e. CR 450 North**
**Greencastle, IN 46135**
Number Street City State Zip Code

**When was the debt incurred?**  **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Vendor**

---

| 4.5 7 | **Kohl's Collection Agency** | Last 4 digits of account number | | **$946.00** |

Nonpriority Creditor's Name
**P O Box 3084**
**Milwaukee, WI 53201-3084**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card debt**

---

Debtor 1  **James David Wood**

Debtor 2  **Chasity Monique Wood**

Case number (if know) _____

---

**4.58**

**Kohls/Capone**

Nonpriority Creditor's Name

**N56 W 17000 Ridgewood Dr**
**Menomonee Falls, WI 53051**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **2330**                          **$843.00**

When was the debt incurred?  **Opened 12/19/12  Last Active 9/01/15**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge Account**

---

**4.59**

**Lincoln Park Stone**

Nonpriority Creditor's Name

**545 East Margaret Dr.**
**Suite 2**
**Terre Haute, IN 47802**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **Wood**                          **$292.00**

When was the debt incurred?  **2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt/Vendor**

---

**4.60**

**Louisville Tile**

Nonpriority Creditor's Name

**P O Box 37307**
**Louisville, KY 40233-7307**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **Wood**                          **$4,330.00**

When was the debt incurred?  **2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Vendor**

---

Debtor 1  **James David Wood**

Debtor 2  **Chasity Monique Wood**

Case number (if know) _____

| 4.6 1 | **Lowes Business Account** | Last 4 digits of account number | **Wood** | **$4,152.00** |

Nonpriority Creditor's Name

**P O Box 530970**

**Atlanta, GA 30353-0970**

Number Street City State Zip Code

When was the debt incurred? **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card debt**

---

| 4.6 2 | **McClures** | Last 4 digits of account number | **5431** | **$2,808.00** |

Nonpriority Creditor's Name

**P O Box 1750**

**Marion, IN 46952-8150**

Number Street City State Zip Code

When was the debt incurred? **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Vendor**

---

| 4.6 3 | **NAPA Auto Parts** | Last 4 digits of account number | **Wood** | **$63.00** |

Nonpriority Creditor's Name

**105 S. Warren Dr.**

**Greencastle, IN 46135**

Number Street City State Zip Code

When was the debt incurred? **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Vendor**

---

Debtor 1 **James David Wood**
Debtor 2 **Chasity Monique Wood**

Case number (if know) _____

| 4.6 4 | **Neal Tire** | Last 4 digits of account number | **Wood** | $142.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**317 N. Jackson St.**
**Greencastle, IN 46135**
Number Street City State Zip Code

When was the debt incurred? **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Vendor**

---

| 4.6 5 | **Norandex** | Last 4 digits of account number | **Wood Builder** | $18,668.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3470 Hanna Circle**
**Indianapolis, IN 46241**
Number Street City State Zip Code

When was the debt incurred? **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Vendor**
**49D05-1601-CC-2269**

---

| 4.6 6 | **NSSB North Salem State Bank** | Last 4 digits of account number | **6327** | $78,408.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P O Box 97**
**7 North Broadway St.**
**North Salem, IN 46165**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Line of Credit**
**67C01-1607-CC-169**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor 1  **James David Wood**

Debtor 2  **Chasity Monique Wood**

Case number (if know) _____

---

| 4.6 7 | **NSSB North Salem State Bank** | Last 4 digits of account number **0269** | **$119,372.00** |

Nonpriority Creditor's Name

**P O Box 97**
**7 North Broadway St.**
**North Salem, IN 46165**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Small Business Loan secured by collateral. Collateral has been repossessed by the bank and has been sold.**
**67C01-1607-CC-169**

---

| 4.6 8 | **NSSB North Salem State Bank** | Last 4 digits of account number **1316,1124** | **$8,000.00** |

Nonpriority Creditor's Name

**P O Box 97**
**7 North Broadway St.**
**North Salem, IN 46165**

Number Street City State Zip Code

**When was the debt incurred?** **2008**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **small business loan**

---

| 4.6 9 | **Ortho Indy** | Last 4 digits of account number | **$311.00** |

Nonpriority Creditor's Name

**P O Box 6284**
**Indianapolis, IN 46206-6284**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Medical Expense**

---

Debtor 1 **James David Wood**
Debtor 2 **Chasity Monique Wood**

Case number (if know) _____

| 4.70 | **PCCS** | Last 4 digits of account number | **Wood** | $132.00 |

Nonpriority Creditor's Name
**630 Tennessee St.**
**Greencastle, IN 46135**
Number Street City State Zip Code

**When was the debt incurred?** **2015**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Subcontractor**

---

| 4.71 | **Republic Waste Services** | Last 4 digits of account number | **5428,1763** | $1,169.00 |

Nonpriority Creditor's Name
**P O Box 9001824**
**Louisville, KY 40290**
Number Street City State Zip Code

**When was the debt incurred?** **2015**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Trash removal**

---

| 4.72 | **Russ Custom Welding** | Last 4 digits of account number | **Wood** | $406.00 |

Nonpriority Creditor's Name
**673 W. County Rd. 1000 South**
**Cloverdale, IN 46120**
Number Street City State Zip Code

**When was the debt incurred?** **2015**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Welding Services**

---

Debtor 1 **James David Wood**
Debtor 2 **Chasity Monique Wood**

Case number *(if know)*

---

| 4.7 3 | **Smiley's Royal Comfort** | Last 4 digits of account number | **Wood** | $3,445.00 |

Nonpriority Creditor's Name
**20 Cedar Dr.**
**Greencastle, IN 46135**
Number Street City State ZIp Code

When was the debt incurred? **2015**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Subcontractor**

---

| 4.7 4 | **Southwest Airlines** | Last 4 digits of account number | | $5,963.00 |

Nonpriority Creditor's Name
**P O Box 15123**
**Wilmington, DE 19850-5123**
Number Street City State ZIp Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Credit card debt**

---

| 4.7 5 | **St. Vincent ER Physicians** | Last 4 digits of account number | | $1,391.00 |

Nonpriority Creditor's Name
**4685 Reliable Parkway**
**Chicago, IL 60686-0046**
Number Street City State ZIp Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Medical debt**

---

Debtor 1  **James David Wood**
Debtor 2  **Chasity Monique Wood**

Case number (if know) _____

---

| 4.7 6 | **Sunbelt** | Last 4 digits of account number | **Wood** | $4,292.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P O Box 409211**
**Atlanta, GA 30384-9211**

Number Street City State ZIp Code

When was the debt incurred? **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Vendor**

---

| 4.7 7 | **Sunbelt Rentals, Inc.** | Last 4 digits of account number | **8569** | $4,718.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P O box 409211**
**Atlanta, GA 30384-9211**

Number Street City State ZIp Code

When was the debt incurred? **4/16**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Euipment Rentals**

---

| 4.7 8 | **Syncb/Amazon** | Last 4 digits of account number | **2650** | $1,017.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Po Box 965015**
**Orlando, FL 32896**

Number Street City State ZIp Code

When was the debt incurred? **Opened  3/19/12  Last Active 1/10/16**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Charge Account**

---

Debtor 1  **James David Wood**

Debtor 2  **Chasity Monique Wood**

Case number (if know) _____

---

| 4.79 | **Syncb/Hh Gregg** | Last 4 digits of account number | **9057** | **$5,166.00** |

Nonpriority Creditor's Name

**C/O Po Box 965036**
**Orlando, FL 32896**

When was the debt incurred?  **Opened 11/18/04  Last Active 11/01/15**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**☐ Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Charge Account**

---

| 4.80 | **Syncb/Lowes** | Last 4 digits of account number | **3779** | **$4,299.00** |

Nonpriority Creditor's Name

**7840 Roswell Rd**
**Roswell, GA 30076**

When was the debt incurred?  **Opened 11/13/08  Last Active 6/01/15**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**☐ Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Credit Card**

---

| 4.81 | **Thomas Garage Doors** | Last 4 digits of account number | **Wood** | **$2,175.00** |

Nonpriority Creditor's Name

**1019 Shadow lawn Ave.**
**Greencastle, IN 46135**

When was the debt incurred?  **2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**☐ Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Subcontractor**
**67D01-1509-SC-672**

---

Debtor 1  **James David Wood**
Debtor 2  **Chasity Monique Wood**

Case number *(if know)* _____

---

| 4.8 2 | **Thomas M. Gross** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**33 Meadow Dr.**
**Danville, IN 46122**

When was the debt incurred? _____

Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ **No**
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Other. Specify**   **Medical debt**

---

| 4.8 3 | **Timberland** | Last 4 digits of account number **Wood Builder** | **$72,192.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**P O Box 193**
**53 S. Union St.**
**Brazil, IN 47834**

When was the debt incurred? **2015**

Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ **At least one of the debtors and another**
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ **No**
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Other. Specify**   **Vendor**
**67C01-1511-CC-307**

---

| 4.8 4 | **Town & Country  Carpet & Upholstery** | Last 4 digits of account number **Wood** | **$95.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**2142 N.  600 East**
**Avon, IN 46123**

When was the debt incurred? **2015**

Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ **At least one of the debtors and another**
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ **No**
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Other. Specify**   **Subcontractor**

---

Debtor 1  **James David Wood**
Debtor 2  **Chasity Monique Wood**

Case number (if know) _____

---

**4.8 5**

**Town & Country Home Center**

Nonpriority Creditor's Name

**401 E. South Blvd**
**Crawfordsville, IN 47933**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **Wood**                                    $9,805.00

**When was the debt incurred?**  **2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Vendor**
**54C01-1508-CC-666**

---

**4.8 6**

**Tri County Plumbing**

Nonpriority Creditor's Name

**517 N. Indiana St.**
**Greencastle, IN 46135**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **Wood**                                    $293.00

**When was the debt incurred?**  **2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Subcontractor**

---

**4.8 7**

**Triple P Plumbing**

Nonpriority Creditor's Name

**3280 Pitkin Rd.**
**Martinsville, IN 46151**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **Wood**                                    $2,091.00

**When was the debt incurred?**  **2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Subcontractor**

---

Debtor 1  **James David Wood**

Debtor 2  **Chasity Monique Wood**

Case number *(if know)* _____

---

| 4.8 8 | **TSI Energy Solutions** | Last 4 digits of account number | **Wood** | **$450.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P O Box 705**

**Carmel, IN 46082-0705**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Vendor**

---

| 4.8 9 | **Twin C, Inc.** | Last 4 digits of account number | **Wood Builder** | **$14,288.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**d/b/a Dave's Heating**

**124 N. Jackson St.**

**Subcontractor, IN 46135**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Subcontractor 67C01-1508-PL-235**

---

| 4.9 0 | **United Healthcare** | Last 4 digits of account number | | **$800.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P O Box 713819**

**Cincinnati, OH 45271**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical debt**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1 **James David Wood**
Debtor 2 **Chasity Monique Wood**

Case number (if know) _____

---

| 4.9 1 | **Webber Concrete Construction** | Last 4 digits of account number | **Wood Builder** | **$1,300.00** |

Nonpriority Creditor's Name

**P O Box 837**
**Zionsville, IN 46077**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? **2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Subcontractor 06D01-1511-CC-492**

---

| 4.9 2 | **West Central Contracting** | Last 4 digits of account number | **Wood** | **$5,291.00** |

Nonpriority Creditor's Name

**112 N. US Hwy 231**
**Greencastle, IN 46135**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? **2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Subcontractor**

---

| 4.9 3 | **William Earl** | Last 4 digits of account number | **Wood** | **$3,840.00** |

Nonpriority Creditor's Name

**2 Edgelea Dr.**
**Greencastle, IN 46135**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? **2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Vendor/Accounting Services**

---

Debtor 1  **James David Wood**
Debtor 2  **Chasity Monique Wood**

Case number *(if know)* _____

| 4.9 4 | **Win Supply** | Last 4 digits of account number | **Wood** | **$1,131.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**340 Transfer Dr.**
**Suite B**
**Indianapolis, IN 46241**
Number Street City State Zip Code

**When was the debt incurred?**   **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Supplier**

| 4.9 5 | **WNR** | Last 4 digits of account number | | **$23.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**5901 Technology Center Dr.**
**Indianapolis, IN 46278**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical debt**

| 4.9 6 | **Xact Ware** | Last 4 digits of account number | **Wood** | **$268.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1100 W. Tarverse Pkwy.**
**Lehi, UT 84043**
Number Street City State Zip Code

**When was the debt incurred?**   **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Vendor**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Debtor 1  **James David Wood**
Debtor 2  **Chasity Monique Wood**

Case number *(if know)*

---

**Name and Address**
**Banc-Serv**
**777 E. Main St.**
**Westfield, IN 46074**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.68** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Blatt, Hasenmiller, Liebsker &**
**Moore**
**8605 Broadway**
**Merrillville, IN 46410**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Blatt, Hasenmiller, Liebsker &**
**Moore**
**8605 Broadway**
**Merrillville, IN 46410**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.36** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Brown & Joseph, LTD**
**P O Box 59838**
**Schaumburg, IL 60159-0838**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.52** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Capital One**
**Bankruptcy Correspondence**
**P O Box 85167**
**Richmond, VA 23285-5167**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.18** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Helfrich & Harrell LLC**
**5055 E. US Highway 36**
**Suite 201**
**Avon, IN 46123**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.66** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Helfrich & Harrell LLC**
**5055 E. US Highway 36**
**Suite 201**
**Avon, IN 46123**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.67** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**James Dorr Babcock**
**155 E. Market St.**
**Suite 500**
**Indianapolis, IN 46204**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.26** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**John Zeiner**
**Sutherlin and Zeiner**
**P O Box 313**
**Greencastle, IN 46135**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.81** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**John Zeiner**
**Sutherlin and Zeiner**
**P O Box 313**
**Greencastle, IN 46135**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.89** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1 **James David Wood**
Debtor 2 **Chasity Monique Wood**

Case number *(if know)* _____

| | |
|---|---|
| Name and Address<br>**Law Office of Donald E. Sternberg**<br>**5525 Oakdale Ave**<br>**Suite 234**<br>**Woodland Hills, CA 91364** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.71** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**McCrea & McCrea**<br>**119 South Walnut St.**<br>**P O Box 1310**<br>**Bloomington, IN 47402-1310** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.13** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Michael D. Chestnut**<br>**P O Box 779**<br>**315 E. E. Main St.**<br>**Washington, IN 47501** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.38** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Midland Funding**<br>**2365 Northside Dr.**<br>**Suite 300**<br>**San Diego, CA 92108** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.36** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Rauch-Milliken International, Inc.**<br>**P O Box 8390**<br>**Metairie, LA 70011-8390** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.47** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Richard James & Associates, Inc.**<br>**4317 NE Thurston Way**<br>**Suite 270**<br>**Vancouver, WA 98662** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.62** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Roger L. Kessler**<br>**10200 Lantern Rd..**<br>**Fishers, IN 46037** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.91** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**RUBIN & LEVIN, P.C.**<br>**135 N. Pennsylvania St.**<br>**Suite 1400**<br>**Indianapolis, IN 46204** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.65** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**S. Bryan Donaldson**<br>**134 W. Main St.**<br>**Crawfordsville, IN 47933** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.85** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Scott Bieniek**<br>**P O Box 652**<br>**Greencastle, IN 46135** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.24** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Scott Bieniek**<br>**P O Box 652** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.83** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims |

Debtor 1 **James David Wood**
Debtor 2 **Chasity Monique Wood**

Case number (*if know*) _____

**Greencastle, IN 46135**

Last 4 digits of account number _____

■ Part 2: Creditors with Nonpriority Unsecured Claims

---

**Part 4:** Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 3,086.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 3,086.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 605,728.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 605,728.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James David Wood** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Chasity Monique Wood** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Great American Finance Services**<br>**P O Box 660831**<br>**Dallas, TX 75266** | **Lease for a  Cannon copier/printer/scanner**<br>**Co-debtor ahs 18 months remaining on the lease @**<br>**$79.00 per month** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James David Wood** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Chasity Monique Wood** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| **Column 1: Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | **Column 2: The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 **Chasity M. Wood**<br>48 Briarwood Ct.<br>Greencastle, IN 46135 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.68__<br>☐ Schedule G _____<br>**NSSB North Salem State Bank** |
| 3.2 **Chasity M. Wood**<br>48 Briarwood Ct.<br>Greencastle, IN 46135 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.33__<br>☐ Schedule G _____<br>**Comcast Cable** |
| 3.3 **James David Wood**<br>48 Briarwood Ct.<br>Greencastle, IN 46135 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.68__<br>☐ Schedule G _____<br>**NSSB North Salem State Bank** |

Debtor 1    **James David Wood**
**Chasity Monique Wood**

Case number *(if known)* _____

| | |
|---|---|
| | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.4   **James David Wood**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.33___
☐ Schedule G _____
**Comcast Cable**

---

3.5   **Nathan & Beth Hinschman**
**1659 S. State Road 75**
**Danville, IN 46122**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.91___
☐ Schedule G _____
**Webber Concrete Construction**

---

3.6   **Wood & Associates, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.68___
☐ Schedule G _____
**NSSB North Salem State Bank**

---

3.7   **Wood & Associates, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.33___
☐ Schedule G _____
**Comcast Cable**

---

3.8   **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.7___
☐ Schedule G _____
**Amex**

---

3.9   **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.18___
☐ Schedule G _____
**Capital One Bank Usa**

---

3.10   **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.17___
☐ Schedule G _____
**Capital One**

---

**Debtor 1**  **James David Wood**
**Chasity Monique Wood**

Case number *(if known)* _____

| | | |
|---|---|---|
| ▇ | **Additional Page to List More Codebtors** | |

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

| 3.11 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.19**___<br>☐ Schedule G _____<br>**Capital One Bank Usa N** |
|---|---|---|
| 3.12 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.20**___<br>☐ Schedule G _____<br>**Capital One Bank Usa N** |
| 3.13 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.21**___<br>☐ Schedule G _____<br>**Capital One Bank Usa N** |
| 3.14 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.28**___<br>☐ Schedule G _____<br>**Chase Card** |
| 3.15 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.29**___<br>☐ Schedule G _____<br>**Chase Card** |
| 3.16 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.78**___<br>☐ Schedule G _____<br>**Syncb/Amazon** |
| 3.17 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.79**___<br>☐ Schedule G _____<br>**Syncb/Hh Gregg** |

Debtor 1   **James David Wood**
**Chasity Monique Wood**                                   Case number *(if known)* _____

| **Additional Page to List More Codebtors** | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.18   **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line __4.80__
☐ Schedule G _____
**Syncb/Lowes**

3.19   **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line __4.2__
☐ Schedule G _____
**Aaron Littrell**

3.20   **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line __4.1__
☐ Schedule G _____
**3 Kings**

3.21   **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line __4.3__
☐ Schedule G _____
**Allen Clay Tile**

3.22   **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line __4.5__
☐ Schedule G _____
**American Express**

3.23   **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line __4.6__
☐ Schedule G _____
**American Marketing & Publishing**

3.24   **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line __4.9__
☐ Schedule G _____
**B & B Drywall**

Debtor 1    **James David Wood**
         **Chasity Monique Wood**                      Case number *(if known)* _____

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.25 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.10**__<br>☐ Schedule G _____<br>**Bakers Septic** |
| 3.26 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.11**__<br>☐ Schedule G _____<br>**Banner Graphic** |
| 3.27 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.12**__<br>☐ Schedule G _____<br>**Beasley Guttering** |
| 3.28 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.13**__<br>☐ Schedule G _____<br>**Black's Lumber** |
| 3.29 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.15**__<br>☐ Schedule G _____<br>**Butlers LP & Fertilizer** |
| 3.30 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.22**__<br>☐ Schedule G _____<br>**Capital One Commercial -Menards** |
| 3.31 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.24**__<br>☐ Schedule G _____<br>**Casey's General Store, Inc.** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor 1    **James David Wood**
             **Chasity Monique Wood**                                   Case number *(if known)* _____

| **Additional Page to List More Codebtors** |
|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.32 **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.25**__<br>☐ Schedule G _____<br>**Cash Concrete Products** |
| 3.33 **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.26**__<br>☐ Schedule G _____<br>**Central Supply West Indy** |
| 3.34 **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.27**__<br>☐ Schedule G _____<br>**Chase** |
| 3.35 **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.30**__<br>☐ Schedule G _____<br>**Civil Engineering** |
| 3.36 **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.31**__<br>☐ Schedule G _____<br>**Cloverdale Building Supplies** |
| 3.37 **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.34**__<br>☐ Schedule G _____<br>**Concepts** |
| 3.38 **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.35**__<br>☐ Schedule G _____<br>**Cooper's Counter & Tub** |

| Debtor 1 | **James David Wood** **Chasity Monique Wood** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.39 **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.37**____
☐ Schedule G _____
**Custom Installations**

---

3.40 **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.38**____
☐ Schedule G _____
**Daviess Co. Metal**

---

3.41 **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.39**____
☐ Schedule G _____
**Dealer's Wholesale**

---

3.42 **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.40**____
☐ Schedule G _____
**Dex Media**

---

3.43 **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.42**____
☐ Schedule G _____
**GE Capital**

---

3.44 **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.43**____
☐ Schedule G _____
**HBG Insurance Bonds**

---

3.45 **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.44**____
☐ Schedule G _____
**Headley Hardware, Inc.**

---

| Debtor 1 | **James David Wood** **Chasity Monique Wood** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.46 **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.45___
☐ Schedule G _____
**Heaton Sports Calendars, Net**

3.47 **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.47___
☐ Schedule G _____
**HIBU**

3.48 **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.49___
☐ Schedule G _____
**Home Depot**

3.49 **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.50___
☐ Schedule G _____
**Humphrey's Outdoor Power**

3.50 **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.51___
☐ Schedule G _____
**IBC**

3.51 **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.53___
☐ Schedule G _____
**Insulation & Supply Company**

3.52 **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.55___
☐ Schedule G _____
**Joe Eggers Masonry**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1  **James David Wood**
**Chasity Monique Wood**                                    Case number *(if known)* _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.53 **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line __4.56__
☐ Schedule G _____
**JR Bowling, LLC**

3.54 **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line __4.59__
☐ Schedule G _____
**Lincoln Park Stone**

3.55 **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line __4.60__
☐ Schedule G _____
**Louisville Tile**

3.56 **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line __4.61__
☐ Schedule G _____
**Lowes Business Account**

3.57 **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line __4.62__
☐ Schedule G _____
**McClures**

3.58 **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line __4.63__
☐ Schedule G _____
**NAPA Auto Parts**

3.59 **Wood Builder, Inc.**
**48 Briarwood Ct.**
**Greencastle, IN 46135**

☐ Schedule D, line _____
■ Schedule E/F, line __4.64__
☐ Schedule G _____
**Neal Tire**

Debtor 1    **James David Wood**
**Chasity Monique Wood**

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.60 **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.65__<br>☐ Schedule G _____<br>**Norandex** |
| 3.61 **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.66__<br>☐ Schedule G _____<br>**NSSB North Salem State Bank** |
| 3.62 **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.67__<br>☐ Schedule G _____<br>**NSSB North Salem State Bank** |
| 3.63 **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.70__<br>☐ Schedule G _____<br>**PCCS** |
| 3.64 **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.71__<br>☐ Schedule G _____<br>**Republic Waste Services** |
| 3.65 **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.72__<br>☐ Schedule G _____<br>**Russ Custom Welding** |
| 3.66 **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.73__<br>☐ Schedule G _____<br>**Smiley's Royal Comfort** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor 1 | **James David Wood**<br>**Chasity Monique Wood** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

| 3.67 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.76__<br>☐ Schedule G _____<br>**Sunbelt** |
|---|---|---|

| 3.68 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.81__<br>☐ Schedule G _____<br>**Thomas Garage Doors** |
|---|---|---|

| 3.69 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.83__<br>☐ Schedule G _____<br>**Timberland** |
|---|---|---|

| 3.70 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.84__<br>☐ Schedule G _____<br>**Town & Country  Carpet & Upholstery** |
|---|---|---|

| 3.71 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.85__<br>☐ Schedule G _____<br>**Town & Country Home Center** |
|---|---|---|

| 3.72 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.86__<br>☐ Schedule G _____<br>**Tri County Plumbing** |
|---|---|---|

| 3.73 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.87__<br>☐ Schedule G _____<br>**Triple P Plumbing** |
|---|---|---|

Debtor 1  **James David Wood**
**Chasity Monique Wood**                         Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.74 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.88**___<br>☐ Schedule G _____<br>**TSI Energy Solutions** |
| 3.75 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.89**___<br>☐ Schedule G _____<br>**Twin C, Inc.** |
| 3.76 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.91**___<br>☐ Schedule G _____<br>**Webber Concrete Construction** |
| 3.77 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.92**___<br>☐ Schedule G _____<br>**West Central Contracting** |
| 3.78 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.93**___<br>☐ Schedule G _____<br>**William Earl** |
| 3.79 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.94**___<br>☐ Schedule G _____<br>**Win Supply** |
| 3.80 | **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.96**___<br>☐ Schedule G _____<br>**Xact Ware** |

| | |
|---|---|
| Debtor 1 | **James David Wood**<br>**Chasity Monique Wood** |

Case number *(if known)* _____

| | |
|---|---|
| ⬛ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.81  **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.41__<br>☐ Schedule G _____<br>**Frank Polley Heating & Air Conditionig** |
| 3.82  **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>**AT&T Mobility** |
| 3.83  **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.77__<br>☐ Schedule G _____<br>**Sunbelt Rentals, Inc.** |
| 3.84  **Wood Builder, Inc.**<br>**48 Briarwood Ct.**<br>**Greencastle, IN 46135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.23__<br>☐ Schedule G _____<br>**Capital One Commerical/Menards** |

Fill in this information to identify your case:

Debtor 1 **James David Wood**

Debtor 2 **Chasity Monique Wood**
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number
(If known)

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:     Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| **Occupation** | | **Construction** | **Broker** |
| **Employer's name** | | **New Leaf Construction** | **Remax Cornerstone** |
| **Employer's address** | | **P O Box 65**<br>**Greencastle, IN 46135** | **2 N. Jackson  St.**<br>**Greencastle, IN 46135** |
| **How long employed there?** | | | **Broker 3 months** |

## Part 2:     Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.**  Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1    **James David Wood**
Debtor 2    **Chasity Monique Wood**                                    Case number (*if known*) _____

|  |  | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 3,298.00 | $ -356.78 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 3,298.00 | $ -356.78 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,298.00 + | $ -356.78 = $ 2,941.22 |
| 11. | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* Specify: _____ | 11. | +$ 0.00 | |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | 12. | $ 2,941.22 | |

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **James David Wood** |
| Debtor 2 (Spouse, if filing) | **Chasity Monique Wood** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

**1.  Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

■ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

**2.  Do you have dependents?**   ☐ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents names.

■ Yes.  Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **15 Years** | ☐ No  ■ Yes |
| **Son** | **17 Years** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

**3.  Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | **922.00** |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | **0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **0.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ | **0.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **352.00** |

Debtor 1    **James David Wood**
Debtor 2    **Chasity Monique Wood**                              Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 300.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 80.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 285.00 |
| | 6d. | Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 450.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 250.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 60.00 |
| 10. | **Personal care products and services** | | 10. | $ | 40.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 0.00 |
| | 15b. | Health insurance | 15b. | $ | 199.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 330.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: **Boat monthly payment** | 17c. | $ | 330.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | | 21. | +$ | 0.00 |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 3,798.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 3,798.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 2,941.22 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 3,798.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | -856.78 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here: **Vehicle payments are not reflected on debtors' budget as an expense, the vehicle payments are deducted as a business expense.**

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td colspan="2"><strong>James David Wood</strong></td></tr>
<tr><td></td><td>First Name</td><td>Middle Name      Last Name</td></tr>
<tr><td>Debtor 2</td><td colspan="2"><strong>Chasity Monique Wood</strong></td></tr>
<tr><td>(Spouse if, filing)</td><td>First Name</td><td>Middle Name      Last Name</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF INDIANA</td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="2"></td></tr>
</table>

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ James David Wood**                          X **/s/ Chasity Monique Wood**
  **James David Wood**                               **Chasity Monique Wood**
  Signature of Debtor 1                             Signature of Debtor 2

Date **February 9, 2017**                           Date **February 9, 2017**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James David Wood** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Chasity Monique Wood** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy        4/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ■ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ■ No
    ☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| | | | |

Debtor 1    **James David Wood**

Debtor 2    **Chasity Monique Wood**    Case number (*if known*) _____

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

|  | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| For last calendar year: (January 1 to December 31, 2016 ) | **2015  Tax Refund** | **$4,887.00** | | |
| For the calendar year before that: (January 1 to December 31, 2015 ) | **2014  Tax Refund** | **$1.00** | | |
| | **Rental Real Estate/Bsiness income** | **$39,579.00** | | |
| For the calendar year: (January 1 to December 31, 2014 ) | **Rental Real Estate/Business income** | **$2,212.00** | | |
| For the calendar year: (January 1 to December 31, 2013 ) | **S. Corp;** | **$5,721.00** | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.    Go to line 7.
☑ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Chase Mortgage P O Box 24696 Columbus, OH 43224** | **12/1/16, 1/1/16, 2/1/16** | **$2,766.00** | **$86,766.00** | ☑ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other___ |

Debtor 1  **James David Wood**

Debtor 2  **Chasity Monique Wood**

Case number *(if known)* _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **North Salem State Bank**<br>P O Box 97<br>North Salem, IN 46165 | 12/11/16, 1/6/16, 2/1/16 | **$1,056.75** | **$24,461.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **2nd Mortgage** |
| **First Financial Bank**<br>1401 S 3rd St<br>Terre Haute, IN 47802 | 11/25/16, 12/25/16, 1/25/16 | **$1,122.18** | **$19,779.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Boat payment** |
| **Chrysler Capitol**<br>P O Box 961275<br>Fort Worth, TX 76161 | 12/1/16, 1/1/16, 2/1/16 | **$2,224.32** | **$25,175.00** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**  Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

Debtor 1   **James David Wood**
Debtor 2   **Chasity Monique Wood**

Case number *(if known)*

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **NSSB**<br><br>**v.**<br><br>**James D. Wood, Chasity M. Wood individually and d/b/a Wood Builder, Inc.**<br>**67C01-1607-CC-169** | Civil Collection | **Putnam County Circuit Court**<br>**Courthouse 3rd Floor**<br>**Greencastle, IN 46135** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Norandex Building materials Distribution, Inc.**<br><br>**v.**<br><br>**Wood Builder, Inc. and James D. Wood, a/k/a/ David Wood**<br>**49D05-1601-CC-2269** | Civil Collection | **Marion County Clerk**<br>**200 E. Washington St.**<br>**W-122**<br>**Indianapolis, IN 46204** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Midland Funding, LLC**<br>**Successor in Interst to Credit One Bank, NA**<br><br>**v.**<br><br>**James Wood**<br>**67C01-1608-CC-212** | Civil Collection | **67 Putnam County Circuit Court**<br>**Courthouse 3rd Floor**<br>**Greencastle, IN 46135** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Capital One Bank USA, NA**<br><br>**v.**<br><br>**James D. Wood**<br>**67C01-1606-CC-155** | Civil Collection | **67 Putnam County Circuit Court**<br>**Courthouse 3rd Floor**<br>**Greencastle, IN 46135** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **NSSB North Salem State Bank**<br>**P O Box 97**<br>**7 North Broadway St.**<br>**North Salem, IN 46165** | **Small Business Loan secured by collateral. (Power tools, generator, tractor, Bobcat skid steer, misc. tools of the trade) Collateral has been repossessed by the bank on or about 11/15 and has been sold.**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **11/15** | **Unknown** |

| Debtor 1 | James David Wood | | |
|---|---|---|---|
| Debtor 2 | Chasity Monique Wood | Case number *(if known)* | |

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Frank Polley Heating & Air Conditionig**<br>**332 Glenbrook Lane**<br>**Avon, IN 46123** | **Bond Proceeds**<br>**Judgment 32D04-1509-SC-2151**<br>**Debtor was arrested for FTA, bond amount was set at $750.00, matter reset for 2/9/17.**<br>**Outcome: Hendricks County Magistrate did not release bond monies to debtoer but rather, released funds to the creditor.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **2/9/17** | **$750.00** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
   ■ No
   ☐ Yes

<h3>Part 5:　List Certain Gifts and Contributions</h3>

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
   ■ No
   ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
   ■ No
   ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

<h3>Part 6:　List Certain Losses</h3>

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
   ■ No
   ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

<h3>Part 7:　List Certain Payments or Transfers</h3>

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you**

| Debtor 1 | **James David Wood** | |
|---|---|---|
| Debtor 2 | **Chasity Monique Wood** | Case number *(if known)* _____ |

**consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Law Office of Robert Perry LLC<br>25 W. Franklin St.<br>P. O. Box 151<br>Greencastle, IN 46135<br>rcperry@tds.net** | **Attorney Fees** | **2/16** | **$1,585.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Unknown buyer**<br><br>**None** | **1999 Ford F-250 pick up truck** | **$900.00** | **6/15** |
| **Unknown buyer**<br><br>**None** | **1991 Ford Econoline 350 Van** | **$600.00** | **7/15** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Debtor 1    **James David Wood**
Debtor 2    **Chasity Monique Wood**                                                          Case number (*if known*) _____

---

| **Part 8:** | **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ **No**
☑ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **NSSB North Salem State Bank<br>P O Box 97<br>7 North Broadway St.<br>North Salem, IN 46165** | **XXXX-** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/15** | **$0.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ **No**
☐ **Yes. Fill in the details.**

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

| **Part 10:** | **Give Details About Environmental Information** |
|---|---|

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

---

Debtor 1  **James David Wood**
Debtor 2  **Chasity Monique Wood**                                    Case number *(if known)*

---

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:** Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| James D. Wood d/b/a Wood Builder, Inc<br>48 Briarwood Ct.<br>Greencastle, IN 46135 | General Contractor<br><br>Earl & Company, CPA | EIN:  26-1941745<br><br>From-To  2/08 - 12/15 |
| Chasity M. Wood d/b/a Wood Builder, Inc.<br>48 Briarwood Ct.<br>Greencastle, IN 46135 | General Contractor<br><br>Earl & Company, CPA | EIN:  26-1941745<br><br>From-To  2/08 - 12/15 |
| Wood & Associates Real Estate, Inc<br>111 Indianapolis Rd.<br>Greencastle, IN 46135 | Real Estate<br>50% James David Wood<br>50% Chasity Wood<br><br>Earl & Co., CPA | EIN:  35-1938047<br><br>From-To  2088 - 6/16 |

Debtor 1    **James David Wood**
Debtor 2    **Chasity Monique Wood**                                    Case number *(if known)*

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **New Leaf Construction, LLC**<br>**P O Box 625**<br>**Greencastle, IN 46135** | **Construction**<br>**100 % ownership James David Wood**<br><br>**Earl & Company** | **EIN:**<br><br>**From-To    9/28/15 to present** |

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐  **No**
■  **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **NSSB North Salem State Bank**<br>**P O Box 97**<br>**7 North Broadway St.**<br>**North Salem, IN 46165** | |

| Debtor 1 | **James David Wood** | | |
|---|---|---|---|
| Debtor 2 | **Chasity Monique Wood** | Case number (*if known*) | |

---

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ James David Wood | /s/ Chasity Monique Wood |
|---|---|
| **James David Wood** | **Chasity Monique Wood** |
| **Signature of Debtor 1** | **Signature of Debtor 2** |
| Date   **February 9, 2017** | Date   **February 9, 2017** |

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James David Wood** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Chasity Monique Wood** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Chase Mortgage**<br><br>Description of property securing debt: **48 Briarwood Ct. Greencastle, IN 46135   Putnam County 3 bedroom, 2 bath, 1,650 sq. ft. ranch with garage on .20 acre lot** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br><br>_____ | ☐ No<br><br>■ Yes |
| Creditor's name: **Chrysler Capitol**<br><br>Description of property securing debt: **2014 Chrysler Town & Country Min-Van Mini Van in excellent condition VIN: Location: 48 Briarwood Ct., Greencastle IN 46135** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br><br>_____ | ☐ No<br><br>■ Yes |
| Creditor's **First Financial Bank** | ☐ Surrender the property. | ☐ No |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **James David Wood**
Debtor 2   **Chasity Monique Wood**                              Case number *(if known)* _____

| | | |
|---|---|---|
| name: | | ☐ Retain the property and redeem it. | ■ Yes |

Description of property securing debt: **2010 Monterey 234FS 24' runabout boat Location: Paktoka Lake, French Lick, IN**

■ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

_____

---

Creditor's name: **Members Heritage Fcu**

Description of property securing debt: **Home Equity Line Of Credit on mother in laws residence. Debtors are co-signers on this loan**

■ Surrender the property.                    ■ No
☐ Retain the property and redeem it.
☐ Retain the property and enter into a      ☐ Yes
*Reaffirmation Agreement.*
☐ Retain the property and [explain]:

---

Creditor's name: **TCU - Teachers Credit Union**

Description of property securing debt: **2014 Dodge Ram 2500  Crew Cab Truck 40,000 miles V*, automatic transmission, vehicle in excellent condition VIN: Location: 48 Briarwood Ct., Greencastle IN 46135**

☐ Surrender the property.                    ☐ No
☐ Retain the property and redeem it.
■ Retain the property and enter into a      ■ Yes
*Reaffirmation Agreement.*
☐ Retain the property and [explain]:

---

Creditor's name: **Wyndham Vacation**

Description of property securing debt: **308 Collier Dr. Sevierville, TN 37862  Sevier County Debtors trade in 'so many points" to use the time share in the Smokey Mountain resorts. Every two years.  Points can be used for any time share in the world.**

■ Surrender the property.                    ■ No
☐ Retain the property and redeem it.
☐ Retain the property and enter into a      ☐ Yes
*Reaffirmation Agreement.*
☐ Retain the property and [explain]:

---

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:   **Great American Finance Services** | ☐ No |
| | ■ Yes |
| Description of leased Property:   **Lease for a  Cannon copier/printer/scanner Co-debtor ahs 18 months remaining on the lease @ $79.00 per month** | |

Official Form 108             **Statement of Intention for Individuals Filing Under Chapter 7**             page 2

Debtor 1    **James David Wood**

Debtor 2    **Chasity Monique Wood**                                    Case number (*if known*)    _____

---

| Part 3: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ James David Wood**                           X **/s/ Chasity Monique Wood**

   **James David Wood**                                 **Chasity Monique Wood**

   Signature of Debtor 1                               Signature of Debtor 2

Date    **February 9, 2017**                          Date    **February 9, 2017**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

3 KINGS
800 S. JACKSON ST.
GREENCASTLE, IN 46135


AARON LITTRELL
3939 N. CR 625 WEST
GREENCASTLE, IN 46135


ALLEN CLAY TILE
7301 GEORGETOWN RD.
INDIANAPOLIS, IN 46268


AMAZON STORE CARD
GE CAPITAL RETAIL BANK
P O BOX 960013
ORLANDO, FL 32896-0013


AMERICAN EXPRESS
P O BOX 650448
DALLAS, TX 75265


AMERICAN MARKETING & PUBLISHING
P O BOX 982
DEKALB, IL 60115


AMEX
PO BOX 297871
FORT LAUDERDALE, FL 33329

```
AT&T MOBILITY
P.O. BOX 6463
CAROL STREAM, IL 60197-6463




B & B DRYWALL
1050 AVENUE C
GREENCASTLE, IN 46135




BAKERS SEPTIC
600 N. INDIANA ST.
GREENCASTLE, IN 46135




BANC-SERV
777 E. MAIN ST.
WESTFIELD, IN 46074




BANNER GRAPHIC
100 N. JACKSON
GREENCASTLE, IN 46135




BEASLEY GUTTERING
P O BOX 304
BRAZIL, IN 47834




BLACK'S LUMBER
501 N. INDIANA ST.
P O BOX 252
GREENCASTLE, IN 46135
```

BLATT, HASENMILLER, LIEBSKER & MOORE
8605 BROADWAY
MERRILLVILLE, IN 46410


BREG, INC.
P O BOX 844628
DALLAS, TX 75284


BROWN & JOSEPH, LTD
P O BOX 59838
SCHAUMBURG, IL 60159-0838


BUTLERS LP & FERTILIZER
1312 BLOOMINGTON ST.
GREENCASTLE, IN 46135


CAPITAL ACCOUNTS
PO BOX 140065
NASHVILLE, TN 37214


CAPITAL ONE
BANKRUPTCY CORRESPONDENCE
P O BOX 85167
RICHMOND, VA 23285-5167


CAPITAL ONE BANK USA
15000 CAPITAL ONE DR
RICHMOND, VA 23238

CAPITAL ONE BANK USA N
15000 CAPITAL ONE DR
RICHMOND, VA 23238


CAPITAL ONE COMMERCIAL -MENARDS
P O BOX 5219
CAROL STREAM, IL 60197-5219


CAPITAL ONE COMMERICAL/MENARDS
P O BOX 5219
CAROL STREAM, IL 60197-5219


CASEY'S GENERAL STORE, INC.
PO O BOX 3001
ONE CONVENIENCE BLVD.
ANKENY, IA 50021-8046


CASH CONCRETE PRODUCTS
1541 S. CR 450 EAST
GREENCASTLE, IN 46135


CENTRAL SUPPLY WEST INDY
P O BOX 1982
INDIANAPOLIS, IN 46206


CHASE
CORRESPONDENCE DEPT
P O BOX 15298
WILMINGTON, DE 19850-5298

CHASE CARD
PO BOX 15298
WILMINGTON, DE 19850


CHASE MORTGAGE
P O BOX 24696
COLUMBUS, OH 43224


CHASITY M. WOOD
48 BRIARWOOD CT.
GREENCASTLE, IN 46135


CHRYSLER CAPITOL
P O BOX 961275
FORT WORTH, TX 76161


CIVIL ENGINEERING
1285 S. BLOONINGTON ST.
SUITE B
GREENCASTLE, IN 46135


CLOVERDALE BUILDING SUPPLIES
P O BOX 511
CLOVERDALE, IN 46120


COMCAST CABLE
P O BOX 3006
SOUTHEASTERN, PA 19398-3006

```
CONCEPTS
7599 E. US HWY. 36
SUITE A
AVON, IN 46123


COOPER'S COUNTER & TUB
7193 E. US HWY 36
BAINBRIDGE, IN 46105


CREDIT ONE BANK NA
PO BOX 98875
LAS VEGAS, NV 89193


CUSTOM INSTALLATIONS
10154 S. CR 10 EAST
CLOVERDALE, IN 46120


DAVIESS CO. METAL
ROUTE NO. 1
BOX 13 A
CANNELBURG, IN 47519


DEALER'S WHOLESALE
7845 E. 89TH ST
INDIANAPOLIS, IN 46256


DEX MEDIA
P O BOX 619810
DFW AIRPORT
DALLAS, TX 75261-9810
```

FIRST FINANCIAL BANK
1401 S 3RD ST
TERRE HAUTE, IN 47802


FRANK POLLEY HEATING & AIR CONDITIONIG
332 GLENBROOK LANE
AVON, IN 46123


GE CAPITAL
P O BOX 642111
PITTSBURGH, PA 15264-2111


GREAT AMERICAN FINANCE SERVICES
P O BOX 660831
DALLAS, TX 75266


HBG INSURANCE BONDS
P O BOX 156
GREENCASTLE, IN 46135


HEADLEY HARDWARE, INC.
841 INDIANAPOLIS ROAD
GREENCASTLE, IN 46135


HEATON SPORTS CALENDARS, NET
P O BOX 675
NEWBURGH, IN 47629

HELFRICH & HARRELL LLC
5055 E. US HIGHWAY 36
SUITE 201
AVON, IN 46123


HH GREGG/GE CAPITAL RETAIL BANK
P.O. BOX 960061
ORLANDO, FL 32896


HIBU
P O BOX 3162
CEDAR RAPIDS, IA 52406


HMW
P O BOX 2119
ELIZABETHTOWN, KY 42702-2119


HOME DEPOT
DEPT. 32-2134508526
P O BOX 183175
COLUMBUS, OH 43218-3175


HUMPHREY'S OUTDOOR POWER
950 N. JACKSON ST.
GREENCASTLE, IN 46135


IBC
1301 OHIO ST.
TERRE HAUTE, IN 47807

INDIANA DEPARTMENT OF REVENUE
100 NORTH SENATE AVENUE
RM. N240 - BANKRUPTCY
INDIANAPOLIS, IN 46204


INDIANA DEPT OF WORKFORCE DEVELOPMENT
10 NORTH SENATE AVENUE
ROOM SE 003
INDIANAPOLIS, IN 46204-2277


INDIANA FARMERS MUTUAL INSURANCE
P O BOX 59838
SCHAUMBURG, IL 60159-0838


INSULATION & SUPPLY COMPANY
P O BOX 725
BRAZIL, IN 47834


INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346


IOH PATIENT ACCOUNTS
P O BOX 6018
INDIANAPOLIS, IN 46206


JAMES DAVID WOOD
48 BRIARWOOD CT.
GREENCASTLE, IN 46135

```
JAMES DORR BABCOCK
155 E. MARKET ST.
SUITE 500
INDIANAPOLIS, IN 46204



JOE EGGERS MASONRY
10947 BECKLET
QUINCY, IN 47456



JOHN ZEINER
SUTHERLIN AND ZEINER
P O BOX 313
GREENCASTLE, IN 46135



JR BOWLING, LLC
1516 E. CR 450 NORTH
GREENCASTLE, IN 46135



KOHL'S COLLECTION AGENCY
P O BOX 3084
MILWAUKEE, WI 53201-3084



KOHLS/CAPONE
N56 W 17000 RIDGEWOOD DR
MENOMONEE FALLS, WI 53051



LAW OFFICE OF DONALD E. STERNBERG
5525 OAKDALE AVE
SUITE 234
WOODLAND HILLS, CA 91364
```

```
LINCOLN PARK STONE
545 EAST MARGARET DR.
SUITE 2
TERRE HAUTE, IN 47802




LOUISVILLE TILE
P O BOX 37307
LOUISVILLE, KY 40233-7307




LOWES BUSINESS ACCOUNT
P O BOX 530970
ATLANTA, GA 30353-0970




MCCLURES
P O BOX 1750
MARION, IN 46952-8150




MCCREA & MCCREA
119 SOUTH WALNUT ST.
P O BOX 1310
BLOOMINGTON, IN 47402-1310




MEMBERS HERITAGE FCU
440 PARK PL
LEXINGTON, KY 40511




MICHAEL D. CHESTNUT
P O BOX 779
315 E. E. MAIN ST.
WASHINGTON, IN 47501
```

```
MIDLAND FUNDING
2365 NORTHSIDE DR.
SUITE 300
SAN DIEGO, CA 92108


NAPA AUTO PARTS
105 S. WARREN DR.
GREENCASTLE, IN 46135


NATHAN & BETH HINSCHMAN
1659 S. STATE ROAD 75
DANVILLE, IN 46122


NEAL TIRE
317 N. JACKSON ST.
GREENCASTLE, IN 46135


NORANDEX
3470 HANNA CIRCLE
INDIANAPOLIS, IN 46241


NORTH SALEM STATE BANK
P O BOX 97
NORTH SALEM, IN 46165


NSSB NORTH SALEM STATE BANK
P O BOX 97
7 NORTH BROADWAY ST.
NORTH SALEM, IN 46165
```

```
ORTHO INDY
P O BOX 6284
INDIANAPOLIS, IN 46206-6284




PCCS
630 TENNESSEE ST.
GREENCASTLE, IN 46135




PUTNAM COUNTY TREASURER'S OFFICE
1 WEST WASHINGTON ST
ROOM 22
GREENCASTLE, IN 46135




RAUCH-MILLIKEN INTERNATIONAL, INC.
P O BOX 8390
METAIRIE, LA 70011-8390




REPUBLIC WASTE SERVICES
P O BOX 9001824
LOUISVILLE, KY 40290




RICHARD JAMES & ASSOCIATES, INC.
4317 NE THURSTON WAY
SUITE 270
VANCOUVER, WA 98662




ROGER L. KESSLER
10200 LANTERN RD..
FISHERS, IN 46037
```

```
RUBIN & LEVIN, P.C.
135 N. PENNSYLVANIA ST.
SUITE 1400
INDIANAPOLIS, IN 46204


RUSS CUSTOM WELDING
673 W. COUNTY RD. 1000 SOUTH
CLOVERDALE, IN 46120


S. BRYAN DONALDSON
134 W. MAIN ST.
CRAWFORDSVILLE, IN 47933


SCOTT BIENIEK
P O BOX 652
GREENCASTLE, IN 46135


SMILEY'S ROYAL COMFORT
20 CEDAR DR.
GREENCASTLE, IN 46135


SOUTHWEST AIRLINES
P O BOX 15123
WILMINGTON, DE 19850-5123


ST. VINCENT ER PHYSICIANS
4685 RELIABLE PARKWAY
CHICAGO, IL 60686-0046
```

SUNBELT
P O BOX 409211
ATLANTA, GA 30384-9211


SUNBELT RENTALS, INC.
P O BOX 409211
ATLANTA, GA 30384-9211


SYNCB/AMAZON
PO BOX 965015
ORLANDO, FL 32896


SYNCB/HH GREGG
C/O PO BOX 965036
ORLANDO, FL 32896


SYNCB/LOWES
7840 ROSWELL RD
ROSWELL, GA 30076


SYNCB/VALUE CITY FURNITURE
950 FORRER BLVD
KETTERING, OH 45420


TCU - TEACHERS CREDIT UNION
P O BOX 1395
110 S. MAIN ST.
SOUTH BEND, IN 46624-1395

THOMAS GARAGE DOORS
1019 SHADOW LAWN AVE.
GREENCASTLE, IN 46135

THOMAS M. GROSS
33 MEADOW DR.
DANVILLE, IN 46122

TIMBERLAND
P O BOX 193
53 S. UNION ST.
BRAZIL, IN 47834

TOWN & COUNTRY  CARPET & UPHOLSTERY
2142 N.  600 EAST
AVON, IN 46123

TOWN & COUNTRY HOME CENTER
401 E. SOUTH BLVD
CRAWFORDSVILLE, IN 47933

TRI COUNTY PLUMBING
517 N. INDIANA ST.
GREENCASTLE, IN 46135

TRIPLE P PLUMBING
3280 PITKIN RD.
MARTINSVILLE, IN 46151

```
TSI ENERGY SOLUTIONS
P O BOX 705
CARMEL, IN 46082-0705




TWIN C, INC.
D/B/A DAVE'S HEATING
124 N. JACKSON ST.
SUBCONTRACTOR, IN 46135




UNITED HEALTHCARE
P O BOX 713819
CINCINNATI, OH 45271




WEBBER CONCRETE CONSTRUCTION
P O BOX 837
ZIONSVILLE, IN 46077




WEST CENTRAL CONTRACTING
112 N. US HWY 231
GREENCASTLE, IN 46135




WILLIAM EARL
2 EDGELEA DR.
GREENCASTLE, IN 46135




WIN SUPPLY
340 TRANSFER DR.
SUITE B
INDIANAPOLIS, IN 46241
```

```
WNR
5901 TECHNOLOGY CENTER DR.
INDIANAPOLIS, IN 46278




WOOD & ASSOCIATES, INC.
48 BRIARWOOD CT.
GREENCASTLE, IN 46135




WOOD BUILDER, INC.
48 BRIARWOOD CT.
GREENCASTLE, IN 46135




WYNDHAM VACATION
10750 W CHARLESTON SUITE 130
LAS VEGAS, NV 89135




XACT WARE
1100 W. TARVERSE PKWY.
LEHI, UT 84043
```

# United States Bankruptcy Court
## Southern District of Indiana

In re    **James David Wood**
        **Chasity Monique Wood**

Debtor(s)

Case No. _____

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **February 9, 2017**
                               **/s/ James David Wood**
                               **James David Wood**
                               Signature of Debtor

Date:    **February 9, 2017**
                               **/s/ Chasity Monique Wood**
                               **Chasity Monique Wood**
                               Signature of Debtor