**SO ORDERED: May 1, 2019.**



Jeffrey J. Graham
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### Southern District of Indiana
### 101 NW M.L. King Jr. Blvd., Rm. 352
### Evansville, IN 47708

SGENERIC (rev 12/2017)

In re:

**James David Wood**,                                    Case No. **17–80066–JJG–7A**
**Chasity Monique Wood**,
      Debtors.

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE MISCELLANEOUS DOCUMENTS/INSTALLMENT PAYMENT

A Motion to Extend Time to File Motions for Relief from Judicial Liens was filed on April 30, 2019, by Debtor James David Wood and Joint Debtor Chasity Monique Wood.

**IT IS ORDERED** that the Motion to Extend Time to File Motions for Relief from Judicial Liens is **GRANTED**. The time for filing is extended to May 31, 2019.

Attorney for the debtor must distribute this order.

### ###